

## ORDER

PER CURIAM

**AND NOW**, this 13th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

Joisse A. CAGEY and Dale J. Cagey, Her Husband, Petitioners

v.

COMMONWEALTH of Pennsylvania, Department of Transportation, a Commonwealth Agency, Respondent

No. 329 WAL 2016

Supreme Court of Pennsylvania.

December 13, 2016

## ORDER

PER CURIAM

**AND NOW**, this 13th day of December, 2016, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

Has [the] Commonwealth Court improperly expanded this Court's holding in Dean v. Department of Transportation, 751 A.2d 1130 (Pa. 2000)[,] that the Department has no duty to erect guardrails on Commonwealth real property along Commonwealth agency roadways, by repeatedly holding that when the Department does erect guardrails, it cannot be liable for injuries caused by negligently dangerously designed guardrails?

COMMONWEALTH of Pennsylvania, Respondent

v.

Angel ORTIZ, Petitioner

No. 377 EAL 2016

Supreme Court of Pennsylvania.

December 13, 2016

## ORDER

PER CURIAM

**AND NOW**, this 13th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

R.J.F., Petitioner

v.

L. and C. (W.) K., Respondents

No. 409 WAL 2016

Supreme Court of Pennsylvania.

December 13, 2016

## ORDER

PER CURIAM

AND NOW, this 13th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

**Kintae JONES, Petitioner**

**No. 360 EAL 2016**

Supreme Court of Pennsylvania.

December 13, 2016

## ORDER

PER CURIAM

AND NOW, this 13th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Darnell BROWN, Respondent**

**No. 352 EAL 2016**

Supreme Court of Pennsylvania.

December 14, 2016

## ORDER

PER CURIAM

AND NOW, this 14th day of December, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner is:

(1) Did the Superior Court err when it rejected binding Confrontation Clause authority and held as a matter of first impression that autopsy reports are testimonial?

**David PLANAMENTO**

v.

**WORKERS' COMPENSATION APPEAL BOARD (U.S. AIRWAYS)**

**Petition of: U.S. Airways**

**No. 362 EAL 2016**

Supreme Court of Pennsylvania.

December 14, 2016

## ORDER

PER CURIAM

AND NOW, this 14th day of December, 2016, the Cross Petition for Allowance of